United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY GORDON, an individual,

    Plaintiff,

v.

MODEL N, INC., a Delaware corporation,

    Defendant.

No. C 15-01423 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

Pursuant to plaintiff's letters of September 17 and 21, 2015, the Court **SETS** a two-hour meet-and-confer in the Court's jury room in the San Francisco federal courthouse to commence starting from **9:45 A.M. AND CONTINUING TO 11:45 A.M. ON THURSDAY, SEPTEMBER 24**. At **11:45 A.M.**, the Court shall hear any remaining discovery issue(s). Defendant's response is due by 9:00 a.m. on September 23.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE