**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY GORDON,

    Plaintiff,

  v.

MODEL N, INC.,

    Defendant.

                                     /

No. C 15-01423 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions for summary judgment.

Dated:  May 25, 2016

                                                                              
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE