IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY GORDON, an individual,

    Plaintiff,

v.

MODEL N, INC., a Delaware corporation,

    Defendant.

No. C 15-01423 WHA

**ORDER RE STIPULATED DISMISSAL OF CLAIMS AND NOTICE RE ATTORNEY'S FEES AND COSTS**

    Following the order granting in part plaintiff's motion for summary judgment, the parties filed a joint stipulation dismissing plaintiff's second, third, and fourth claims with prejudice so that final judgment may be entered on the first claim. The parties' stipulation is hereby **APPROVED**.

    Plaintiff's proposed judgment leaves blank spaces for the Court to fill in for attorney's fees and costs. Plaintiff must separately move for fees and costs pursuant to Civil Local Rules 54-1 and 54-5.

    **IT IS SO ORDERED.**

Dated: June 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE