IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY GORDON,

    Plaintiff,

v.

MODEL N, INC.,

    Defendant.

No. C 15-01423 WHA

**JUDGMENT**

For the reasons stated in the order granting in part plaintiff's motion for summary judgment and the order on the stipulated dismissal of the remaining claims, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Jeremy Gordon and against Defendant Model N, Inc., as follows:

1. Unpaid overtime wages in the amount of $33,646.88.
2. Pre-judgment interest in the amount of $7,832.69.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE