# EXHIBIT A

| Bill Date | Duration | Amount | Bill Code | Description | Staff |
|---|---|---|---|---|---|
| 6/15/2016 | 1.5 | $225.00 | ADMIN | prepare bill of costs with exhibits | VT |
| 6/9/2016 | 0.5 | $212.50 | APPEAR | Appearance on MSJ motion | MLT |
| 6/9/2016 | 2.8 | $1,190.00 | TRAVEL | Travel to/from MSJ hearing | MLT |
| 6/8/2016 | 2.1 | $892.50 | MSJ | Review papers filed.  Outline additional issues with Botthel. Break out factual details from Bothell. | MLT |
| 5/18/2016 | 2.2 | $935.00 | MSJ | Reply.  Issues with Ale.  Review various exempt positions. | MLT |
| 5/2/2016 | 2.8 | $1,190.00 | MSJ | Disputed facts.  Pull references to work performed by Gordon which disputes facts. | MLT |
| 5/2/2016 | 2.4 | $1,020.00 | MSJ | Opposition.  Review Def filing. Review Taylor case and outline distinguishable facts. | MLT |
| 4/28/2016 | 2.3 | $977.50 | MSJ | Finalize motion.  Additional briefing on Eicher. | MLT |
| 4/26/2016 | 1.6 | $680.00 | MSJ | Work deposition citations into argument. | MLT |
| 4/25/2016 | 1.6 | $680.00 | MSJ | Draft factual allegations, attached Model N discovery respones and summarize in argument. | MLT |
| 4/25/2016 | 2.2 | $935.00 | MSJ | initial draft of declaration + exhibit production | MLT |
| 4/19/2016 | 3.2 | $1,360.00 | MSJ | Argument on executive, professional, and computer professional exemptions | MLT |
| 4/19/2016 | 2.2 | $935.00 | MSJ | Damage calculation and argument on its use.  Identify records produced by Defendant | MLT |
| 4/13/2016 | 3.3 | $1,402.50 | MSJ | Initial outline of job duties, Model N server model, cloud based data, image setup, review of cases -Bothell and Eiche | MLT |
| 4/3/2016 | 0.6 | $255.00 | ADMIN | send complaint for SOP + file POS | MLT |
| 3/22/2016 | 2.5 | $1,062.50 | DEPO | Depo Simon and Hopper | MLT |
| 3/18/2016 | 1.2 | $510.00 | DISCO | Discovery -- outline deposotion subjects | MLT |
| 2/17/2016 | 5.6 | $2,380.00 | TRAVEL | Travel to/from deposition | MLT |
| 2/17/2016 | 4 | $1,700.00 | DEPO | Gordon deposition | MLT |
| 2/5/2016 | 2.3 | $977.50 | DISCO | Gordon hours breakdown -- review hours breakdown and add damage calculations | MLT |
| 2/2/2016 | 2 | $850.00 | DISCO | initial draft of RTP resp + doc production prep | MLT |
| 1/21/2016 | 0.8 | $340.00 | DISCO | RTP#2 - review exsisting documents and prepare new RTP | MLT |
| 1/21/2016 | 0.8 | $340.00 | DISCO | SPROGS set number 2 on exemptions from overtime and documents | MLT |
| 1/20/2016 | 6.2 | $2,635.00 | EVIDENCE | Review Evidence and select potential deposition exhibits. Mark all course materials. | MLT |
| 1/19/2016 | 4.1 | $1,742.50 | EVIDENCE | Doucment review - emails | MLT |
| 1/18/2016 | 3.6 | $1,530.00 | EVIDENCE | Document review - emails | MLT |
| 1/13/2016 | 2.4 | $360.00 | DISCO | Resp to SROGS#1.  Initial review and outline responses | VT |
| 1/5/2016 | 2.6 | $1,105.00 | DISCO | SROGS#1 to Plf.  Review interrogatories, outline basic objections, and begin collection of info | MLT |
| 1/5/2016 | 1.2 | $510.00 | DISCO | RTP#1 to Plf.  Review existing documents | MLT |
| 12/7/2015 | 4.6 | $1,955.00 | EVIDENCE | Initial review of emails produced.  Setup categories and identify course outlines and documents | MLT |
| 11/23/2015 | 0.1 | $42.50 | DISCO | RTP#1150615 | MLT |
| 11/23/2015 | 0.08 | $34.00 | CORR | Gordon | MLT |
| 11/23/2015 | 0.19 | $80.75 | CORR | Gordon | MLT |
| 11/18/2015 | 0.07 | $29.75 | CORR | Gordon | MLT |
| 10/26/2015 | 0.07 | $29.75 | CORR | Gordon v. Model N - Discovery responses | MLT |
| 10/26/2015 | 0.22 | $93.50 | CORR | Gordon v. Model N - Proposed Protective Order- Challenge | MLT |
| 10/13/2015 | 0.11 | $16.50 | CORR | Activity in Case 3:15-cv-01423-WHA Jeremy Gordon v. Model N, Inc. Order on Stipulation | VT |
| 10/13/2015 | 0.4 | $60.00 | DISCO | Revview Ord granting protective order | VT |
| 10/13/2015 | 1.2 | $180.00 | DISCO | Stip Protective Order | VT |
| 10/7/2015 | 0.23 | $97.75 | CLIENT | REDACTED | MLT |
| 10/7/2015 | 0.06 | $25.50 | CORR | Gordon v. Model N - Proposed Protective Order | MLT |
| 10/7/2015 | 0.1 | $42.50 | ADMIN | Proposed Protective Order | MLT |

| Date | Hours | Amount | Category | Description | Initials |
|---|---|---|---|---|---|
| 10/6/2015 | 0.15 | $ 22.50 | CORR | Activity in Case 3:15-cv-01423-WHA Jeremy Gordon v. Model N, Inc. Certification of Mediation Session | VT |
| 10/6/2015 | 0.6 | $ 255.00 | CORR | Review Def mediation brief | MLT |
| 9/28/2015 | 2.6 | $ 1,105.00 | CORR | Mediation Brief | MLT |
| 9/28/2015 | 0.01 | $ 4.25 | CORR | Jeremy Gordon v. Model N, Inc. mediation briefs | MLT |
| 9/28/2015 | 0.06 | $ 9.00 | CLIENT | REDACTED | VT |
| 9/28/2015 | 0.4 | $ 170.00 | MEDI | Mediation Brief | MLT |
| 9/21/2015 | 0.1 | $ 42.50 | DISCO | Supplemental Ltr brief(word) | MLT |
| 9/18/2015 | 2.1 | $ 892.50 | DISCO | Letter Brief on discovery issue.  Draft section on production of emails | MLT |
| 9/18/2015 | 1.1 | $ 165.00 | DISCO | Supplemental Ltr brief on discovery dispute. Outline issue with customer identifications.   Outline production of ema | VT |
| 9/17/2015 | 1.4 | $ 595.00 | DISCO | Letter Brief on discovery issue | MLT |
| 9/17/2015 | 0.4 | $ 170.00 | DISCO | Letter Brief on discovery issue | MLT |
| 9/17/2015 | 0.7 | $ 297.50 | DISCO | SPROGS#1 review outstanding issues relating to interrogatories | MLT |
| 9/16/2015 | 0.1 | $ 42.50 | CORR | Customers of Model N | MLT |
| 9/8/2015 | 0.1 | $ 42.50 | CLIENT | Customers of Model N | MLT |
| 8/31/2015 | 0.5 | $ 212.50 | DISCO | RTP#1150615 | MLT |
| 8/26/2015 | 0.04 | $ 17.00 | CORR | Request for meet and confer on Defendant's interrogatory responses | MLT |
| 8/26/2015 | 0.06 | $ 25.50 | CORR | Request for meet and confer on Defendant's interrogatory responses | MLT |
| 8/26/2015 | 0.01 | $ 4.25 | CORR | Request for meet and confer on Defendant's interrogatory responses | MLT |
| 8/19/2015 | 0.12 | $ 51.00 | CORR | Request for meet and confer on Defendant's interrogatory responses | MLT |
| 8/19/2015 | 0.04 | $ 17.00 | CORR | Request for meet and confer on Defendant's interrogatory responses | MLT |
| 8/13/2015 | 0.1 | $ 42.50 | CORR | Gordon v. Model N, Inc., Case #C 15-01423 | MLT |
| 8/13/2015 | 0.04 | $ 17.00 | CORR | Gordon v. Model N, Inc., Case #C 15-01423 | MLT |
| 7/31/2015 | 0.8 | $ 340.00 | DISCO | initial draft of 26a's and document production | MLT |
| 7/24/2015 | 1.3 | $ 195.00 | DISCO | Defs RTP#1 Responses - review def responses | VT |
| 7/24/2015 | 1.3 | $ 552.50 | DISCO | Review Defs SROGS#1 Respones | MLT |
| 7/17/2015 | 0.1 | $ 42.50 | CORR | Gordon v. Model N - Plaintiff's Initial Disclosures | MLT |
| 7/17/2015 | 0.16 | $ 68.00 | CORR | Gordon v. Model N - Plaintiff's Initial Disclosures | MLT |
| 7/8/2015 | 0.03 | $ 12.75 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/8/2015 | 0.02 | $ 8.50 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/7/2015 | 0.01 | $ 4.25 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/7/2015 | 0.03 | $ 12.75 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/7/2015 | 0.03 | $ 12.75 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/7/2015 | 0.06 | $ 25.50 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/7/2015 | 0.1 | $ 42.50 | CORR | Gordon/Model N - Trouble with Calling into ADR Conference | MLT |
| 7/7/2015 | 0.08 | $ 34.00 | CORR | Gordon/Model N - Trouble with Calling into ADR Conference | MLT |
| 7/6/2015 | 0.03 | $ 12.75 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/2/2015 | 0.6 | $ 255.00 | CORR | Joint Repovt - Version 3 | MLT |
| 7/2/2015 | 0.03 | $ 12.75 | CORR | Gordon v. Model N, Inc. -- Joint 26f | MLT |
| 7/2/2015 | 0.6 | $ 255.00 | CMC | Joint Repovt - Version 3 | MLT |
| 6/29/2015 | 0.6 | $ 255.00 | DISCO | Plfs Initial Disclosures(word) | MLT |
| 6/26/2015 | 0.2 | $ 85.00 | CORR | Joint CMC Stmt | MLT |
| 6/25/2015 | 0.2 | $ 85.00 | CORR | Joint CMC Stmt | MLT |
| 6/15/2015 | 0.1 | $ 42.50 | DISCO | SPROGS#1150615 | MLT |

| Date | Hours | Amount | Category | Description | Attorney |
|---|---|---|---|---|---|
| 6/15/2015 | 0.3 | $127.50 | DISCO | RTP#1- Review standard reqeusts | MLT |
| 6/15/2015 | 0.6 | $255.00 | DISCO | SPROGS#1 - Review generated interrogatories and draft customs | MLT |
| 4/21/2015 | 0.6 | $90.00 | PLEAD | #9-Answer - review def's affirm defenses and denials | VT |
| 3/27/2015 | 1.2 | $510.00 | PLEAD | Draft complaint | MLT |
| 3/27/2015 | 1.2 | $180.00 | ADMIN | preparation of local forms + filing of complaint | VT |
| 3/27/2015 | 0.22 | $93.50 | CORR | Gordon v. Model N | MLT |
| 3/26/2015 | 0.04 | $17.00 | CORR | Gordon v. Model N, Inc. | MLT |
| 3/20/2015 | 0.3 | $127.50 | CORR | Response to Demand | MLT |
| 3/2/2015 | 0.72 | $306.00 | CORR | Initial Demand Letter and Records Request | MLT |
| | | $39,880.50 | | | |

| Row Labels | Sum of Amount |
|---|---|
| ADMIN | 702.5 |
| APPEAR | 212.5 |
| CLIENT | 149.25 |
| CMC | 255 |
| CORR | 3171.25 |
| DEPO | 2762.5 |
| DISCO | 9417.5 |
| EVIDENCE | 7862.5 |
| MEDI | 170 |
| MSJ | 11007.5 |
| PLEAD | 600 |
| TRAVEL | 3570 |
| Grand Total | 39880.5 |

| Rates | | | |
|---|---|---|---|
| | MLT | Michael Tracy | 425 |
| | VT | Virginia Tomlinson (Paralegal) | 150 |

| Row Labels | Sum of Amount |
|---|---|
| MLT | $38,377.50 |
| VT | $1,503.00 |
| Grand Total | $39,880.50 |