IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GORDON,<br><br>    Plaintiff,<br><br>  v.<br><br>MODEL N, INC.,<br><br>    Defendant.<br>_____/ | No. C 15-01423 WHA<br><br>**REQUEST FOR RESPONSE** |

    Plaintiff Jeremy Gordon seeks $39,880.50 in attorney's fees. It appears from plaintiff's brief that defendant Model N, Inc., does not oppose his motion. Model N's response brief was due on **JULY 8**. No response was filed. By **JULY 22 AT NOON**, Model N will please state whether it opposes Gordon's motion.

Dated: July 19, 2016.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE