IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GORDON,<br><br>  Plaintiff,<br><br>  v.<br><br>MODEL N, INC.,<br><br>  Defendant.<br>_____ / | No. C 15-01423 WHA<br><br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES** |

An order granted plaintiff's motion for summary judgment on his claim for unpaid overtime (Dkt. No. 55). Plaintiff seeks $39,880.50 in attorney's fees, in accordance with Section 1194 of the California Labor Code which entitles a successful plaintiff in a claim for unpaid overtime to reasonable attorney's fees. The parties met and conferred regarding this motion, and defendant stated it does not oppose plaintiff's motion, pending the resolution of the appeal of the underlying judgment in plaintiff's favor (Dkt. No. 66). Plaintiff's motion for $39,880.50 in attorney's fees is **GRANTED**. The hearing on this motion scheduled for **AUGUST 4** is hereby taken off calendar.

**IT IS SO ORDERED.**

Dated: July 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE